NUMBER 13-02-487-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI


____________________________________________________________________



RONALD GREGORY WINSTON , Appellant,



v.




THE STATE OF TEXAS, Appellee.

_____________________________________________________________________


On appeal from the 214th District Court 

of Nueces County, Texas.

___________________________________________________________________



MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Garza

Opinion Per Curiam




 Appellant, RONALD GREGORY WINSTON , perfected an appeal from a judgment entered by the 214th District Court of
Nueces County, Texas, in cause number 99-CR-2956-F . Appellant has filed a motion to dismiss the appeal. The motion
complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the appeal is granted, and the
appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 6th day of March, 2003 .